FORM 9  (Rev. 11/93)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 09-37374 |
| | : | |
| DIRKSEN, MICHAEL ROBERT | : | Chapter 7 |
| DIRKSEN, SHERRY L. | : | |
| | : | JUDGE GUY R. HUMPHREY |
| DEBTOR(S) | : | |

NOTICE TO THE CLERK OF SMALL DIVIDENDS
AND UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $3.30 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec.347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| LVNV Funding, Inc. | 13 | $3.30 |

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $3.30 | $ _____ |

Dated: September 27, 2010

/s/David L. Mikel
David L. Mikel
Case Trustee
210 W. Main St.
Troy OH 45373
Tel No. (937) 339-0511

cc: U.S. Trustee